## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Grzegorz Solecki<br>    Danuta Stefania Solecki<br>          Debtor(s) | Case No. 13 B 16963 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/23/2013.

2) The plan was confirmed on 08/12/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/28/2013, 03/24/2014, 07/13/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/03/2015, 02/03/2016.

5) The case was Dismissed on 03/03/2016.

6) Number of months from filing to last payment: 31.

7) Number of months case was pending: 37.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $13,076.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$13,076.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,463.40 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $490.57 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,953.97** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| American InfoSource LP as Agent | Unsecured | 952.00 | 796.06 | 796.06 | 0.00 | 0.00 |
| Archer Family Med. Gp. | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 385.00 | 387.12 | 387.12 | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 2,147.00 | 1,989.41 | 1,989.41 | 0.00 | 0.00 |
| Bank of America | Unsecured | 890.00 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 23,661.00 | 23,660.97 | 23,660.97 | 0.00 | 0.00 |
| Capital CARD Services | Unsecured | 687.00 | NA | NA | 0.00 | 0.00 |
| Capital CARD Services | Unsecured | 595.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 1,387.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 1,380.00 | NA | NA | 0.00 | 0.00 |
| Capital Recovery V LLC | Unsecured | 1,067.00 | 1,067.39 | 1,067.39 | 0.00 | 0.00 |
| Capital Recovery V LLC | Unsecured | 1,213.00 | 1,213.17 | 1,213.17 | 0.00 | 0.00 |
| Certegy | Unsecured | 346.00 | NA | NA | 0.00 | 0.00 |
| Certified Services, Inc. | Unsecured | 3,956.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cingular Wireless | Unsecured | 2,348.00 | NA | NA | 0.00 | 0.00 |
| Comed Residential R | Unsecured | 387.00 | NA | NA | 0.00 | 0.00 |
| Compucredit/Tribute | Unsecured | 835.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 944.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 944.00 | NA | NA | 0.00 | 0.00 |
| Cross Check | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| DISH Network | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |
| DISH Network | Unsecured | 232.00 | NA | NA | 0.00 | 0.00 |
| First National Credit Card | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| GECRB/Paypal | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| General Electric Capital Corpo | Unsecured | 986.00 | NA | NA | 0.00 | 0.00 |
| Great Lakes Specialty Fin. | Unsecured | 404.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | NA | 418.04 | 418.04 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 18.54 | 18.54 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 927.00 | 927.00 | 927.00 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 2,786.00 | 2,797.24 | 2,797.24 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Unsecured | NA | 27.86 | 27.86 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 1,550.80 | 1,550.80 | 0.00 | 0.00 |
| Jrsi Inc | Unsecured | 2,255.00 | NA | NA | 0.00 | 0.00 |
| Legacy Visa | Unsecured | 796.00 | 692.83 | 692.83 | 0.00 | 0.00 |
| Legacy Visa | Unsecured | 864.00 | 599.46 | 599.46 | 0.00 | 0.00 |
| LHR Inc | Unsecured | 687.00 | NA | NA | 0.00 | 0.00 |
| MacNeal Hospital | Unsecured | 272.00 | NA | NA | 0.00 | 0.00 |
| Merrick Bank | Unsecured | 2,018.00 | 2,992.13 | 2,992.13 | 0.00 | 0.00 |
| Merrick Bank | Unsecured | 3,630.00 | 644.28 | 644.28 | 0.00 | 0.00 |
| Merrick Bank | Unsecured | 929.00 | 1,495.34 | 1,495.34 | 0.00 | 0.00 |
| Merrick Bank | Unsecured | 1,723.00 | 1,322.00 | 1,322.00 | 0.00 | 0.00 |
| Midamerica Orhtopaedics | Unsecured | 554.00 | NA | NA | 0.00 | 0.00 |
| Orchard Bank | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Paypal/GECRB | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 330.00 | 329.76 | 329.76 | 0.00 | 0.00 |
| Primary Eye Care | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 2,045.00 | 2,045.10 | 2,045.10 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 1,512.00 | 1,547.24 | 1,547.24 | 0.00 | 0.00 |
| Quickclick Loans LLC/Select | Unsecured | 2,424.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 655.00 | 610.43 | 610.43 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 447.00 | 416.64 | 416.64 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 512.00 | 476.76 | 476.76 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 577.00 | 531.65 | 531.65 | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 2,383.00 | 2,460.23 | 2,460.23 | 0.00 | 0.00 |
| Salute VISA GOLD | Unsecured | 1,053.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | NA | 166.71 | 166.71 | 0.00 | 0.00 |
| Santander Consumer USA | Secured | 15,043.00 | 15,209.71 | 15,043.00 | 7,726.84 | 1,395.19 |
| TCF National Bank | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Tribute Mastercard | Unsecured | 1,017.00 | NA | NA | 0.00 | 0.00 |
| William C. Malik, MD | Unsecured | 251.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $15,043.00 | $7,726.84 | $1,395.19 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$15,043.00** | **$7,726.84** | **$1,395.19** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,724.24 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$3,724.24** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$47,459.92** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,953.97 |
| Disbursements to Creditors | $9,122.03 |
| **TOTAL DISBURSEMENTS** : | **$13,076.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/16/2016                By: /s/ Marilyn O. Marshall
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**